IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| DAPHNEY D. MONROE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:04CV00231 |
| ) | |
| JO ANNE B. BARNHART, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

**O-R-D-E-R**

The Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and, on May 6, 2005, was served on the parties in this action. Plaintiff objected to the Recommendation.

The court has appropriately reviewed the portions of the Magistrate Judge's report to which objection was made and has made a de novo determination which is in accord with the Magistrate Judge's report. The court therefore adopts the Magistrate Judge's Recommendation

**IT IS THEREFORE ORDERED** that Plaintiff's motion [Pleading No. 11] be **DENIED**, that the Commissioner's motion for judgment on the pleadings [Pleading No. 13] be **GRANTED**, that the Commissioner's decision be **AFFIRMED**, and that this action be

dismissed with prejudice. A judgment dismissing this action will be entered contemporaneously with this Order.

                                                /s/ James A. Beaty
                                                United States District Judge

Date: September 28, 2005